IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. CR607-031 |
| | ) |
| WESLEY BERNARD AIKENS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant Wesley Bernard Aikens's Motion to Reconsider. (Doc. 894.) In the motion, Defendant asks the Court to reconsider its earlier order (Doc. 893) denying his Motion for Early Termination of Supervised Release (Doc. 892). After careful consideration, the Court finds no reason to disturb its prior order. Defendant has not performed his supervision in an outstanding fashion such that it would merit early termination of his supervised release. Accordingly, Defendant's Motion for Reconsideration is **DENIED**.

SO ORDERED this 29th day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA